JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELNORA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RESA BARILLA, et al.,<br><br>　　　　　Defendants. | Case No. ED CV 25-1642 PA (SPx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's September 29, 2025 Minute Order dismissing this action for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: September 29, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE